UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RONALD LISANDRO CASTRO LUGO, *individually and on behalf of others similarly situated,*

     *Plaintiff*,

  -against-

D I A DELI GROCERY CORP. (D/B/A DIA DELI GROCERY), ALEX PERDOMO, and YESENIA PERDOMO,

     *Defendants.*

----------------------------------------------------------------X

Docket No. **1:23-cv-10597**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On March 27, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RONALD LISANDRO CASTRO LUGO, have judgment against D I A DELI GROCERY CORP. (D/B/A DIA DELI GROCERY), ALEX PERDOMO, and YESENIA PERDOMO, jointly and severally, in the amount of Fifty-Five Thousand Dollars and Zero Cents ($55,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2024

              _____
              HONORABLE JOHN P. CRONAN
              UNITED STATES DISTRICT COURT JUDGE
              SOUTHERN DISTRICT OF NEW YORK