UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONALD LISANDRO CASTRO LUGO, *individually and on behalf of others similarly situated,*

        *Plaintiff,*

-against-

D I A DELI GROCERY CORP. (D/B/A DIA DELI GROCERY), ALEX PERDOMO, and YESENIA PERDOMO,

        *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:23-cv-10597**

[Proposed Form Of]
**JUDGMENT**

## **JUDGMENT**

On March 27, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RONALD LISANDRO CASTRO LUGO, have judgment against D I A DELI GROCERY CORP. (D/B/A DIA DELI GROCERY), ALEX PERDOMO, and YESENIA PERDOMO, jointly and severally, in the amount of Fifty-Five Thousand Dollars and Zero Cents ($55,000.00), which is inclusive of attorneys' fees and costs.

Dated:   April 2, 2024

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK